IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGELITA BAILEY, | * | |
| *On Her Own Behalf and on Behalf of All Others Similarly Situated*, | * | Civil Action No. 8:23-cv-827 |
| Plaintiff, | * | [Removed from the Circuit Court for Montgomery County, Maryland |
| v. | * | Case No. C-15-CV-23-000224] |
| | * | |
| MERCURY FINANCAL, LLC, | | |
| | * | |
| Defendant. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Mercury Financial, LLC ("Mercury"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby certifies that:

Mercury, a Delaware limited liability company, is a wholly-owned subsidiary of Mercury Financial Intermediate LLC, which is also a Delaware limited liability company.  Mercury Financial Intermediate LLC is a wholly-owned subsidiary of Mercury Financial Holdings LLC, a Delaware limited liability company.  No public entity owns 10% or more of Mercury's stock.

Dated:   March 24, 2023

Respectfully submitted,

*/s/ Melissa O. Martinez*
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4432
410-659-4482 (Fax)
mmartinez@mcguirewoods.com
***Counsel for Defendant Mercury Financial LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023 a copy of the foregoing Notice of Removal was served via CM/ECF and first-class mail, postage prepaid on the following:

Benjamin H. Carney
Richard S. Gordon
Gordon, Wolf, & Carney, CHTD.
100 West Pennsylvania Ave., Suite 100
Townson, Maryland 21204
rgordon@GWCfirm.com

***Counsel for Plaintiff***


                                       */s/ Melissa O. Martinez*
                                       Melissa O. Martinez