IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| ANGELITA BAILEY, | : | |
| | : | |
| individually, and on behalf of | : | |
| all others similarly situated, | : | |
| | : | Civil Action No. 8:23-cv-827-DKC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MERCURY FINANCIAL, LLC, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND TO STRIKE CLASS ALLEGATIONS**

Plaintiff, Angelita Bailey, respectfully moves for leave to file a Surreply to respond to a new affidavit, a new document, and five new arguments from Defendant Mercury Financial, LLC ("Mercury") which were contained in its Reply in Support of Motion to Compel Arbitration and Stay Proceedings and Strike Class Allegations. *See* ECF No. 15.

Further support for this Motion is contained in Plaintiff's attached and incorporated memorandum of law.

WHEREFORE, Plaintiff respectfully moves for leave to file the Surreply attached as Exhibit A.

Respectfully submitted,

/s/Benjamin H. Carney
Richard S. Gordon (Fed. Bar No. 06882)
Benjamin H. Carney (Fed. Bar No. 27984)
GORDON, WOLF & CARNEY, Chtd.
100 W. Pennsylvania Ave., Suite 100
Towson, Maryland 21204

1

Tel. (410) 825-2300
Fax. (410) 825-0066
rgordon@GWCfirm.com
bcarney@GWCfirm.com

Attorneys for Plaintiff and the Putative Class