**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| ANGELITA BAILEY, : <br> : <br> individually, and on behalf of : <br> all others similarly situated, : <br> : <br>       Plaintiff, : <br> : <br> v. : <br> : <br> MERCURY FINANCIAL, LLC, : <br> : <br>       Defendant. : | Civil Action No. 8:23-cv-827-DKC |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File a Surreply in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings and to Strike Class Allegations (the "Motion"), and any opposition thereto, it is this _____ day of _____, 2023, by the U.S. District Court for the District of Maryland, hereby

   ORDERED, that the Motion is GRANTED: and further,

   ORDERED, that the Plaintiff shall file the Surreply attached to the Motion as Exhibit A.

                     _____
                     Hon. Deborah K. Chasanow
                     United States District Judge