```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| ANGELITA BAILEY,<br>individually and on behalf<br>of all others similarly<br>situated,<br><br>     v.<br><br>MERCURY FINANCIAL, LLC | :<br>:<br>:<br>:<br>: Civil Action No. DKC 23-827<br>:<br>:<br>: |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of September, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for leave to file a surreply filed by Plaintiff Angelita Bailey (ECF No. 16) BE, and the same hereby IS, GRANTED IN PART AND DENIED IN PART;

2. The motion to compel arbitration and stay proceedings and to strike class allegations filed by Defendant Mercury Financial, LLC (ECF No. 7) BE, and the same hereby IS, DENIED; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                         /s/
                              _____
                              DEBORAH K. CHASANOW
                              United States District Judge