IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANGELITA BAILEY, | * | |
| *On Her Own Behalf and on Behalf of All Others Similarly Situated*, | * | Civil Action No. 8:23-cv-827-DKC |
| Plaintiff, | * | [Removed from the Circuit Court for Montgomery County, Maryland Case No. C-15-CV-23-000224] |
| v. | * | |
| MERCURY FINANCIAL, LLC, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Defendant Mercury Financial, LLC ("Mercury") hereby appeals to the United States Court of Appeals for the Fourth Circuit. Mercury appeals from this Court's September 26, 2023 Memorandum Opinion (ECF No. 20) and September 26, 2023 Order (ECF No. 21) denying Mercury's Motion to Compel Arbitration and Stay Proceedings and to Strike Class Allegations.

Dated: October 24, 2023

Respectfully submitted,

*/s/ Melissa O. Martinez*
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4400
410-659-4482 (Fax)
mmartinez@mcguirewoods.com

***Counsel for Mercury Financial, LLC***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2023, the foregoing copy of Mercury Financial, LLC's Notice of Appeal was electronically filed via the Court's CM/ECF system and served on all counsel of record.

*/s/ Melissa O. Martinez*
Melissa O. Martinez