```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ANGELITA BAILEY, on her own    :
behalf and on behalf of all
others similarly situated      :

   v.                                :   Civil Action No. DKC 23-0827

                                 :

MERCURY FINANCIAL, LLC

                                 :

**ORDER**

Defendant noted an appeal to the United States Court of Appeals for the Fourth Circuit from this court's Memorandum Opinion and Order issued September 26, 2023, denying its Motion to Compel Arbitration and Stay Proceedings and to Strike Class Allegations. (ECF Nos. 20, 21).  In *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023), the Supreme Court of the United States ruled that a district court must stay proceedings while an interlocutory appeal under 9 U.S.C. § 16(a) is ongoing.  During a telephone conference, counsel agreed that a stay is required.  Accordingly, this case BE, and the same hereby IS, STAYED while the appeal of Mercury Financial, LLC proceeds.  The parties are directed to notify the court promptly when the appeal is concluded.

October 24, 2022                                      /s/
                                               DEBORAH K. CHASANOW
                                               United States District Judge